# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : | No. 35 MM 2022 |
| | : | |
| PETITION OF: CHESTER UPLAND SCHOOL DISTRICT AND CITY OF CHESTER | : | |
| | : | |
| IN RE: APPEAL OF PROSPECT CROZER LLC TAX ASSESSMENT APPEALS | : | No. 36 MM 2022 |
| | : | |
| PETITION OF: CHESTER UPLAND SCHOOL DISTRICT AND CITY OF CHESTER | : | |
| | : | |
| CHESTER UPLAND SCHOOL DISTRICT, | : | No. 37 MM 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| CHESTER CITY BOARD OF REVISION OF TAXES AND APPEALS, PROSPECT CROZER LLC, CITY OF CHESTER, CROZER-KEYSTONE HEALTH SYSTEM, AND UPLAND BOROUGH, | : | |
| | : | |
| Respondents | : | |
| | : | |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : | No. 38 MM 2022 |
| | : | |
| PETITION OF: SPRINGFIELD SCHOOL DISTRICT & SPRINGFIELD TOWNSHIP | : | |

**<u>ORDER</u>**

**PER CURIAM**

      **AND NOW**, this 10th day of August, 2022, the Application for Extraordinary Relief is DENIED.